United States District Court For North Carolina
Middle District – Greensboro

| Robert K. Stewart | |
| V. | Civil Action No. 15CU315 |
| (1.) First Health of the Carolinas Hospital | |
| (2.) Moore County Sheriff Department | |

## Plantiffs Motion For Appointment of Counsel And Brief

Pursuant to 28 U.S.C. §1915(e)(1), plantiff moves for an order appointing counsel to represent him in this case. In support of this motion, plantiff states:

1. Plantiff is indigent and cannot afford to hire a lawyer.

2. Plantiffs imprisonment will greatly limit his ability to litigate this case. This case will likely involve substantial investigation and discovery.

3. The issues in this case are complex. A lawyer would help Plantiff to apply law properly in briefs and before the court.

4. A trial in this case will likely involve conflicting testimony. A lawyer would assist plantiff in the presentation of evidence and the

1.

Cross examination of opposing witnesses.

5. Plantiff has made numerous efforts to obtain counsel, but has been unsuccessful at all attemps.

Wherefore, Plantiff request that the Court appoint counsel to represent him in this case.

"Respectfully submitted January 27 2015."

Sworn to and Subscribed before me this 27 day of January, 2015
Witness my hand and official seal.
Amy Ward Notary Public
My Commission Expires 05/03/2017

P.O. Box 2405
Marion, N.C. 28752

AMY WARD
Notary Public, North Carolina
McDowell County
My Commission Expires
May 03, 2017

2.