IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ROBERT K. STEWART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:15CV315 |
| ) | |
| MOORE COUNTY SHERIFFS DEPT., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On July 28, 2015, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (ECF Nos. 9, 10.) Plaintiff filed Objections (ECF No. 11) within the time limit prescribed by Section 636. The Court has performed a *de novo* review of Plaintiff's Objections and the United States Magistrate Judge's Recommendation (ECF No. 9) and concludes that the Magistrate Judge's Recommendation should be affirmed and adopted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Recommendation is hereby affirmed and adopted, and that this action is DISMISSED *sua sponte* without prejudice to Plaintiff filing a new complaint which corrects the defects cited in the Recommendation.

This, the 1st day of September, 2015.

            /s/ Loretta C. Biggs
      United States District Judge